## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>                          Debtor(s) | CHAPTER 13 |
| PNC Bank, N.A.<br>                          Movant<br>        vs.<br>Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>                          Debtor(s)<br>Scott Waterman Esq.<br>                          Trustee | NO. 09-22201 REF |

## ORDER GRANTING MOTION TO REOPEN CASE

Upon consideration of the Motion of Movant for entry of an order to reopen the above-captioned bankruptcy case for the limited purpose of allowing Movant to file the Redaction Motion and to implement the relief requested therein, and the Court having considered the Motion, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. The case shall be opened for the sole purpose of permitting Movant to file the Redaction Motion and to implement the relief requested therein.

3. The case shall be re-closed upon completion of the remediation of the Filing and after the Court enters an order on Movant's Redaction Motion.

Date: 6/10/19

                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**

Gary A. Wieand a/k/a Gary A. Wieand Jr.
4758 Scheidys Road
Coplay, PA 18037

Paul E. Trainor Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532