United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 09-22201-elf
Gary A Wieand                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Jun 10, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
db              +Gary A Wieand, Jr,    4758 Scheidys Road,    Coplay, PA 18037-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 02:32:11      Internal Revenue Service,
                 Office of Chief Counsel,    701 Market Street,    Suite 2200,    Philadelphia, PA   19106
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M KURATNICK    on behalf of Creditor    Internal Revenue Service
               jason.m.kuratnick@irscounsel.treas.gov
              LESLIE E. PUIDA    on behalf of Creditor    Commonwealth United Mortgage, Et Al...
               lpuidaesq@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Gary A Wieand, Jr trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| PNC Bank, N.A.<br>　　　　　　Movant<br>　　vs.<br>Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>　　　　　　　　Debtor(s)<br>Scott Waterman Esq.<br>　　　　　　Trustee | NO. 09-22201 REF |

## ORDER GRANTING MOTION TO REOPEN CASE

Upon consideration of the Motion of Movant for entry of an order to reopen the above-captioned bankruptcy case for the limited purpose of allowing Movant to file the Redaction Motion and to implement the relief requested therein, and the Court having considered the Motion, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. The case shall be opened for the sole purpose of permitting Movant to file the Redaction Motion and to implement the relief requested therein.

3. The case shall be re-closed upon completion of the remediation of the Filing and after the Court enters an order on Movant's Redaction Motion.

Date:  6/10/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Gary A. Wieand a/k/a Gary A. Wieand Jr.
4758 Scheidys Road
Coplay, PA 18037

Paul E. Trainor Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532