## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary A. Wieand a/k/a Gary A. Wieand Jr.<br><br>　　　　　　　　　Debtor(s)<br>PNC Bank, N.A.<br><br>　　　　　　　　　Movant<br>　　vs.<br><br>Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>　　　　　　　　　Debtor(s)<br><br>Scott Waterman Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 09-22201 REF |

### ORDER GRANTING MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO CONSUMER IDENTIFYING INFORMATION AND AUTHORIZING THE FILING OF THE REPLACEMENT FILING

Upon consideration of the Motion of PNC Bank, N.A. ("Movant") for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037, (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing Movant to file a Replacement Filing, and the Court having considered the Motion, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Clerk of the Court shall restrict remote electronic access to the Filing, which was docketed as Claim No. 2.

3. **On or before June 26, 2019**, the Movant shall replace the Filing with the Replacement Filing.

4. The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Filing it is replacing was originally filed.

5. The Replacement Filing shall be identical in all respects to the Filing it replaces, except for the removal of any imperfectly redacted PII.

6. Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, Movant or its counsel, the local trustee or counsel for the local trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

Date: 6/13/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Gary A. Wieand a/k/a Gary A. Wieand Jr.
4758 Scheidys Road
Coplay, PA 18037

Paul E. Trainor Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532