United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 09-22201-elf
Gary A Wieand                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1            Date Rcvd: Jun 13, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db          +Gary A Wieand, Jr,    4758 Scheidys Road,    Coplay, PA 18037-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 03:30:48      Internal Revenue Service,
              Office of Chief Counsel,   701 Market Street,   Suite 2200,   Philadelphia, PA  19106
                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M KURATNICK    on behalf of Creditor    Internal Revenue Service
               jason.m.kuratnick@irscounsel.treas.gov
              LESLIE E. PUIDA    on behalf of Creditor    Commonwealth United Mortgage, Et Al...
               lpuidaesq@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Gary A Wieand, Jr trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gary A. Wieand a/k/a Gary A. Wieand Jr.<br><br>　　　　　　　Debtor(s)<br>PNC Bank, N.A.<br><br>　　　　　　　Movant<br>　　vs.<br><br>Gary A. Wieand a/k/a Gary A. Wieand Jr.<br>　　　　　　　Debtor(s)<br><br>Scott Waterman Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 09-22201 REF |

**ORDER GRANTING MOTION TO REDACT AND RESTRICT PUBLIC
ACCESS TO CONSUMER IDENTIFYING INFORMATION AND
AUTHORIZING THE FILING OF THE REPLACEMENT FILING**

Upon consideration of the Motion of PNC Bank, N.A. ("Movant") for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037, (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing Movant to file a Replacement Filing, and the Court having considered the Motion, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Clerk of the Court shall restrict remote electronic access to the Filing, which was docketed as Claim No. 2.

3. **On or before June 26, 2019**, the Movant shall replace the Filing with the Replacement Filing.

4. The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Filing it is replacing was originally filed.

5. The Replacement Filing shall be identical in all respects to the Filing it replaces, except for the removal of any imperfectly redacted PII.

6. Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, Movant or its counsel, the local trustee or counsel for the local trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.

Date: 6/13/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Gary A. Wieand a/k/a Gary A. Wieand Jr.
4758 Scheidys Road
Coplay, PA 18037

Paul E. Trainor Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532