IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: <br><br> Gary A Wieand, Jr, <br><br> Debtor. | Bankruptcy No. 09-22201-elf <br><br> Chapter 13 <br><br> Doc. No. 2-1 |
|---|---|

# ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before August 13, 2019**.

Dated: 7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**