United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 09-22201-elf
Gary A Wieand, Jr                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                 Page 1 of 1                  Date Rcvd: Jul 30, 2019
                                Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +Gary A Wieand, Jr,    4758 Scheidys Road,    Coplay, PA 18037-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Jul 31 2019 02:50:42      Internal Revenue Service,
                 Office of Chief Counsel,    701 Market Street,   Suite 2200,   Philadelphia, PA  19106
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HAROLD N. KAPLAN    on behalf of Creditor   PNC BANK, N.A. hkaplan@rasnj.com
              JASON M KURATNICK    on behalf of Creditor    Internal Revenue Service
               jason.m.kuratnick@irscounsel.treas.gov
              LESLIE E. PUIDA    on behalf of Creditor   Commonwealth United Mortgage, Et Al...
               lpuidaesq@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Gary A Wieand, Jr trainorlawoffices@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Gary A Wieand, Jr,<br><br>Debtor. | Bankruptcy No. 09-22201-elf<br><br>Chapter 13<br><br>Doc. No. 2-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 2-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 2-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim filed as claim number 2-1 on the Claims Register forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before August 13, 2019**.

Dated: 7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**